FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 MAY 23 PM 3: 23

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR 406-185 |
| | ) | |
| v. | ) | VIO: 18 U.S.C. § 2243 |
| | ) | |
| NADIA T. VAUGHN | ) | |

## ORDER OF DISMISSAL

The Court has determined that the above referenced case has not been tried or reached disposition by the time limits set by Speedy Trial Act, 18 U.S.C. § 3161 et seq. due solely to oversights by personnel in the district court clerk's office and without any fault by the parties. Moreover, the defendant has not moved for dismissal due to the failure to meet the 70 day arraignment-or-appearance-to-trial time limit or raised any claim of prejudice or harm.

Viewing the totality of the circumstances in light of the constitutional standards announced in *Barker v. Wingo*, 407 U.S. 514 (1972) and the statutory factors considered under 18 U.S.C. § 3162 (a)(2), the Court concludes this case should be dismissed without prejudice. Accordingly, it is Ordered, Adjudged and Decreed by this Court, ex mero motu, that this case is hereby Dismissed Without Prejudice.

SO ORDERED this **23rd** day of May, 2007 at Savannah, Georgia.

WILLIAM T. MOORE, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA